**Sergio RADILLA–JUAREZ, Petitioner,**

v.

**Alberto R. GONZALES, Attorney General, Respondent.**

**No. 04–70673.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided March 23, 2006.

Walter Rafael Pineda, Esq., Law Offices of Walter Rafael Pineda, San Francisco, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Joan E. Smiley, Esq., Richard M. Evans, Esq., DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, TASHIMA, and FISHER, Circuit Judges.

## MEMORANDUM **

Sergio Radilla–Juarez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") decision affirming an immigration judge's ("IJ") order denying his application for cancellation of removal.

Radilla–Juarez contends that due process required the IJ to continue his removal proceedings until after Radilla–Juarez's parents' applications for cancellation of removal were adjudicated. We are without jurisdiction to review this argument because Radilla–Juarez failed to raise it before the BIA and thereby failed to exhaust his administrative remedies. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir. 2004) (noting that due process challenges

that are "procedural in nature" must be exhausted).

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). The panel referred this case for inclusion in the Mediation Program. Since mediation failed, the clerk is now ordered to file this disposition.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.